JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ABSTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et. al.<br><br>　　　　Defendants. | Case No.: 8:24-cv-02089-JWH-JDE<br><br>**ORDER** |

|  |  |
|---|---|
| 1 | Pursuant to the stipulation of the Parties, and in accordance with |
| 2 | Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as |
| 3 | follows: |
| 4 | 1.   Defendant Equifax Information Services, LLC is **DISMISSED with** |
| 5 | **prejudice**. |
| 6 | 2.   Each party shall bear its own attorneys' fees and costs. |
| 7 | **IT IS SO ORDERED.** |

DATED: April 21, 2025

Hon. John W. Ho com
UNITED STATES DISTRICT JUDGE